1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT SIMS,                         1:12-cv-00019-SKO (PC)

12                  Plaintiff,            ORDER GRANTING MOTION TO
                                          PROCEED IN FORMA PAUPERIS
13   vs.
                                          (Docs. 3 and 4)
14   PAM AHLIN, et al.,

15                  Defendants.

16   _____/

17          Plaintiff Robert Sims, a civil detainee proceeding pro se, filed this civil rights action

18   pursuant to 42 U.S.C. § 1983 on January 4, 2012.  Plaintiff seeks leave to proceed in forma

19   pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is

20   HEREBY GRANTED, Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's

21   complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

22

23   IT IS SO ORDERED.

24   **Dated:    January 6, 2012**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE
25

26

1