IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS, | 1:12-cv-00019-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | (Docs. 3 and 4) |
| PAM AHLIN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Robert Sims, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2012. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

**Dated:   January 6, 2012**           /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE